# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 243A Lakeview Avenue, Placentia, California 92870.

On April 27, 2015, I served the Notice of Removal as follows:

**ROBERT J. PECORA**
**Attorney at Law**
**7855 Ivanhoe, Suite 400**
**La Jolla, CA 92307**

[XX] BY MAIL: As follows:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Placentia, California in the ordinary course of business.

[ ]  (BY PERSONAL SERVICE) I personally delivered a true and correct copy of the above-described documents to the office designated above

[ x ]  (BY FAX) At the time of transmission I was at least 18 years of age and not a party to this legal proceeding. The document transmitted by facsimile transmission was reported as complete and without error. The transmitting facsimile machine properly issued the transmission report. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ XX ] (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed April 27, 2015 at Placentia CA.

Shawna Moore